No. 00–158.   BROWN *v.* ADIDAS USA, INC., AKA ADIDAS AMERICA, INC., *ante,* p. 878;
   No. 00–5104.   VINCZE *v.* HICKMAN, WARDEN, *ante,* p. 886;
   No. 00–5109.   LARSON *v.* COYLE, WARDEN, *ante,* p. 886;
   No. 00–5214.   MILLS *v.* BRICE ET AL., *ante,* p. 892; and
   No. 00–5657.   GUANIPA *v.* PARKS, WARDEN, ET AL., *ante,* p. 912. Petitions for rehearing denied.

## NOVEMBER 14, 2000

No. 00A440.   CHAMBERS *v.* SCHRIRO ET AL.   Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. 00–7004 (00A431).   IN RE CHAMBERS.   Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.

No. 00–6925 (00A414).   CHAMBERS *v.* MISSOURI.   Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

## NOVEMBER 15, 2000

No. 00A432.   SNYDER, WARDEN, ET AL. *v.* WEEKS.   Application to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Third Circuit on November 13, 2000, presented to JUSTICE SOUTER, and by him referred to the Court, granted.   JUSTICE STEVENS and JUSTICE BREYER would deny the application to vacate the stay of execution.

No. 00–6953.   WEEKS *v.* SNYDER, WARDEN.   C. A. 3d Cir. Certiorari denied.

## NOVEMBER 16, 2000

No. 00A347 (00–6677).   PENRY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVI-